**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30070 |
| Plaintiff - Appellee, | D.C. No. 4:08-CR-00119-SEH |
| v. | |
| JEFFERY MARSHALL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted December 15, 2009[**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Jeffery Marshall appeals from the 200-month sentence imposed following

his guilty-plea conviction for possession with intent to distribute

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

AK/Research

methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Marshall contends that the within-Guidelines range sentence is substantively unreasonable because the district court's application of the career offender enhancement over-represented the seriousness of his past offenses. The record reflects that the district court gave thorough consideration to Marshall's arguments in support of his request for a sentence below the Guidelines range, but found the circumstances insufficient to warrant such a sentence. Furthermore, the district court conducted a reasoned and thorough analysis of the 18 U.S.C. § 3553(a) factors prior to imposing a sentence toward the lower end of the advisory Guidelines range. Accordingly, the sentence imposed is substantively reasonable. *See United States v. Stoterau*, 524 F.3d 988, 999-1002 (9th Cir. 2008).

**AFFIRMED.**